OPINION — AG — QUESTION: " THERE IS SOME QUESTION IN MY MIND WHETHER OR NOT SENATE BILL NO. 189 NOW IN REVENUE AND TAXATION COMMITTEE IS PROPER, INSOFAR AS IT WILL RAISE SOME FIVE MILLION DOLLARS, BY IMPOSING A SALES TAX ON SALES TO INDUSTRIAL OR COMMERCIAL CUSTOMERS, IN ADDITION TO ANNUAL LICENSE FEE * * * " — ANSWER: SENATE BILL NO. 189, IF ENACTED, WILL BE INVALID. CITE: 63 O.S. 1961 1251 [63-1251](C), 18 O.S. 1961 437.25 [18-437.25] (FRED HANSEN) ** SEE: OPINION NO. 79-298 (1979) **